UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSON McCOY CALLENDRET,<br><br>Defendant. | Case No. 06-658 M<br><br>DETENTION ORDER |

Offenses charged:

Count 1: Felon in Possession of a Firearm as an Armed Career Criminal in violation of 18 U.S.C. § 922 (g)(1) and 924(e).

Date of Detention Hearing: December 22, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)  Defendant's full background and connections with this jurisdiction were unknown at the time of the detention hearing, as he did not submit to an interview with Pretrial Services.

(2)  Defendant has stipulated to detention, but reserves the right to ask the Court to reconsider the decision, if new information becomes available.

(3) No conditions or combination of conditions other than detention will reasonably assure the appearance of the defendant as required or address issues of safety to the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of December, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge